**Dismissed and Opinion Filed March 18, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01213-CV

### IN THE INTEREST OF S.A., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-14384**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Justice Goldstein
Opinion by Justice Pedersen, III

Before the Court is appellee's motion to dismiss this appeal. In the motion, appellee asks the Court to dismiss the appeal because, despite being given the opportunity to cure the briefing deficiencies identified in the Court's February 8, 2024 letter, appellant's corrected brief still fails to satisfy the requirements of Texas Rule of Appellate Procedure 38.1. We agree with appellee, grant her motion, and dismiss this appeal.

After appellant filed his brief, we sent him a letter explaining that, for numerous reasons, it did not meet the requirements of rule 38.1 of the rules of appellate procedure. In that letter, we provided appellant with a detailed explanation

of why the document he provided to the Court failed to comply with rule 38.1. We informed appellant that if he did not file a brief that complied with rule 38.1 within ten days, his appeal was subject to dismissal. While appellant did file another brief, it, like the first, was inadequate to serve as a brief under the requirements of rule 38.1. In particular, among other things, appellant's amended brief fails to include a table of contents, a table of authorities, a statement of the case, the issues presented, a statement of facts supported record cites, or an argument for the contentions made with appropriate citations to authorities and to the record. *See* TEX. R. APP. P. 38.1.

Even liberally construing appellant's brief, we conclude it is wholly inadequate to present any questions for appellate review and is in flagrant violation of rule 38.1. *See* TEX. R. APP. P. 38.1; *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App—Dallas 2010, no pet.). Under these circumstances, we strike appellee's amended brief, grant appellee's motion, and dismiss this appeal. *See* TEX. R. APP. P. 38.9(a); 42.3(b)(c).


231213f.p05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.A., A CHILD

No. 05-23-01213-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-21-14384. Opinion delivered by Justice Pedersen, III. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 18th day of March, 2024.